ELECTRONIC RECORD

**515-15**
**516-15**

COA #  05-13-01558-CR          OFFENSE:  29.03

STYLE:  Morris Jones v. The State of Texas    COUNTY:  Dallas

COA DISPOSITION:    AFFIRM          TRIAL COURT:  Criminal District Court No. 3

DATE: 04/07/2015          Publish: NO   TC CASE #:    F-1262862-J

## IN THE COURT OF CRIMINAL APPEALS  **515-15**

**516-15**

STYLE:  Morris Jones v. The State of Texas      CCA #:

____PRO SE____ Petition     CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:      DATE:    _____

____REFUSED____          JUDGE:    _____

DATE: _10/07/2015_          SIGNED: _____     PC: _____

JUDGE: _Per Curiam_          PUBLISH: _____     DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____